**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**

BEFORE: THE HONORABLE RICHARD K. EATON, JUDGE

| | | |
|---|---|---|
| SOC TRANG SEAFOOD JOINT STOCK COMPANY (STAPIMEX)<br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant,<br><br>and<br><br>AD HOC SHRIMP TRADE ACTION COMMITTEE and AMERICAN SHRIMP PROCESSORS ASSOCIATION,<br>Defendant-Intervenors. | ) | Court No. 26-02435 |

**PLAINTIFF SOC TRANG SEAFOOD JOINT STOCK COMPANY (STAPIMEX) RULE 56.2 MOTION FOR JUDGMENT UPON THE AGENCY RECORD**

Pursuant to Rule 56.2 of this Court, Plaintiff, Soc Trang Seafood Joint Stock Company (STAPIMEX), hereby moves for judgment upon the agency record and for an order remanding to the U.S. Department of Commerce ("the Department" or "Commerce") the antidumping administrative review of certain frozen warmwater shrimp from Vietnam, published as the affirmative antidumping duty final results regarding the administrative review of certain frozen warmwater shrimp from the Socialist Republic of Vietnam. *See Certain Frozen Warmwater Shrimp From the Socialist Republic of Vietnam: Final Results of and Final Rescission of Review, in Part, of Antidumping Duty Administrative Review: 2023-2024,* (91 Fed. Reg. 8429) issued

February 17, 2025, and published on February 23, 2026, and accompanying Issues and Decision Memorandum ("IDM") (February 17, 2026) ("*Final Results*").

The legal and factual support for Plaintiff's 56.2 Motion is fully set forth in its Memorandum of Law, attached hereto.

Respectfully submitted,

*/s/ John J. Kenkel*

John J. Kenkel
International Trade Law Counselors, PLLC
8647 Richmond, Hwy, Suite 623
Telephone: (703) 390-4064
Email: IntlTradeLawCounselors@outlook.com
*Counsel for Soc Trang Seafood Joint Stock Company (STAPIMEX).*

Dated: August 14, 2026

/